OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

1/7/2015

BARRETO, ISAAC          Tr. Ct. No. 007918-A

WR-82,606-01

The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, the application is not on the updated prescribed form per art. 11.07.

Abel Acosta, Clerk

U T F

ISAAC BARRETO
TRAVIS CO. CORR. CEN - TDC # 1431513
3614 BILL PRICE RD.
DEL VALLE, TX 78617

[] RETURN TO SENDER
[] INMATE NO LONGER HERE
[] ILLEGIBLE WRITING
[] NEED INMATE FULL NAME
[] NOT ACCEPTED - NO RETURN ADDRESS

02 1M
0004279596
MAILED FROM ZIP CODE 78701
$ 00.26⁵
JAN 08 2015
UNITED STATES POSTAGE
PITNEY BOWES
PRESORTED FIRST CLASS